IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JASON BARNETT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-CV-03339-NKL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT IN A CIVIL CASE**

\_\_\_ Jury Verdict.   This action came before the Court for a trial by jury.

X    Decision by Court.   This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette Laughrey on March 9, 2015, the Commissioner's decision is affirmed.

| | |
|---|---|
| Date: March 10, 2015 | ANN THOMPSON |
| | Clerk of Court |
| | |
| | s/ RENEA KANIES |
| | By: Renea Kanies, Courtroom Deputy |